No. 1255.   BANK OF NEW YORK v. GRIFFITH.   June 4, 1945.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   The CHIEF JUSTICE took no part in the consideration or decision of this application.   *Mr. George W. Martin* for petitioner. *Louise A. Griffith, pro se.*

No. 1262.   WILLS v. SUPREME COURT OF IOWA.   June 4, 1945.   Petition for writ of certiorari to the Supreme Court of Iowa denied.

No. 1290.   FLANNIGAN v. RAGEN, WARDEN.   June 4, 1945.   Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 1325.   BRIGANCE v. CALIFORNIA; and
No. 1333.   WHITSON v. CALIFORNIA.   June 4, 1945. The petitions for writs of certiorari to the Supreme Court of California are denied.   The stay orders heretofore granted are vacated.   Reported below: 25 Cal. 2d 593, 154 P. 2d 867.

No. —.   GOBIN v. CLARKE.   June 11, 1945.   Petition for writ of certiorari denied.

No. 1192.   LOUNT ET AL. v. HINER ET AL.   June 11, 1945.   Petition for writ of certiorari to the Supreme Court of Arizona denied.   *Mr. Thomas O. Marlar* for petitioners.   *Mr. Charles L. Strouss* for respondents.